In the Matter of the Judicial Settlement of the Accounts of. ADDISON D. O'NEILL, as Executor, etc.

DAVID O'NEILL et al., Individually and as Guardians, Appellants, *v.* THOMAS M. TYNG, Special Guardian, Respondent.

Mem. of decision below, 89 Hun, 612.
(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 18, 1895, which affirmed an order of the Surrogate's Court of the county of New York denying an application for the removal of a special guardian.

*George W. Glaze* for appellants.

*Thomas M. Tyng,* respondent, in person.

Appeal dismissed, with costs ; no opinion.
All concur.

---

THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Trustee, etc., *v.* OPHELIA J. CUTHBERT, Defendant; MARGARET S. IVES, Respondent; CORDELIA D. CHAUVET et al., Appellants, Impleaded, etc.

Reported below, 87 Hun, 339.
(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 14, 1895, which affirmed an order of Special Term striking out certain portions of an answer of the defendant Chauvet.

*Isaac H. Maynard* for appellants.

*Edward W. Crittenden* for respondent.

Order affirmed, with costs ; no opinion.
All concur, except BARTLETT, J., not sitting.